A#28918976

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMLET ABRAMYAN, | Case No. 5:26-cv-01326-MWC-MAR |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DAVID MARIN et al, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** Petitioner's petition and that **Respondents** are **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing and complying with all other governing law, and must apply the conditions applicable to Petitioner prior to his March 5, 2026, detention. To the extent that Respondents have not returned to Petitioner all property confiscated from him during his arrest and processing into detention, Respondents must do so immediately.

///

///

Dated: June 3, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge

2