JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMLET ABRAMYAN, | Case No. 5:26-cv-01326-MWC-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID MARIN et al, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondents are **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing and complying with all other governing law, and must apply the conditions applicable to Petitioner prior to his March 5, 2026, detention.  To the extent that Respondents have not returned to Petitioner all property confiscated from him during his arrest and processing into detention, Respondents must do so immediately

Dated: June 3, 2026



_____

HON. MICHELLE WILLIAMS COURT
United States District Judge